RECEIVED

JUN 1 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 16-CR-00020(03)** |
| **VERSUS** | **JUDGE WALTER** |
| **DIANA L. PACE** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Diana L. Pace, is ACCEPTED and she is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ____ day of _____, 2016.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**